UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FLOYD D. SCOTT,<br><br>      Plaintiff,<br><br>    v.<br><br>M. VASQUEZ, et al.,<br><br>      Defendants. | Case No. CV 02-05296 GAF (AJW)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report") and the objections thereto, and the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report"). Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and the Supplemental Report after having made a de novo determination of the portions of the Report to which objections were directed.

**IT IS SO ORDERED**.

DATED: December 11, 2009

_____
GARY A. FEESS
United States District Judge