UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FLOYD D. SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>M. VASQUEZ, et. al.,<br><br>    Defendants. | Case No. CV 02-05296 GAF (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: December 11, 2009

_____
GARY A. FEESS
United States District Judge